APPEL, Justice
(concurring specially).
I concur in the result in this case as I do not believe the legislature intended to allow trainers of dogs to vindicate the rights of trainers through a private right of action. The statute is designed to encourage the training of dogs, not provide civil remedies for dog trainers.
I do not believe, however, that finding a private right of action in this case would offend Iowa Code chapter 216. Dog trainers, of course, are not covered by chapter 216. As a result, a private cause of action would not intrude on the jurisdiction of the Iowa Civil Rights Commission. Further, if the legislature sought to provide a private right of action for dog trainers, allowing such an action to proceed without going through chapter 216 strikes me as a plausible and even sensible choice. Even though I do not see a conflict between a private right of action and chapter 216, however, I agree the legislature did not intend to imply a private right of action for damages by dog trainers. I therefore concur in the result in this case.